## FEMALE.

**YOUNG** *against* **DAVIS.** *Washington,* 1817.

A female of eighteen years of age, is of full age, under the Constitution and Laws of this State, for every purpose.

## FORFEITURE.

### No. 1.

**BULKLY** *against* **ORMS.** *Franklin,* 1815.

AN action for the value of the property will *not* lie against a private citizen for seizing property attempted to be transported contrary to law, the same having been *condemned* in the District Court.

The attempt to transport constitutes the forfeiture, and immediately divests the property.

### No. 2.

**PAGE** *against* **JOHNSON ET AL.** *Addison,* 1816.

A bond of recognizance, for the review of a cause, is forfeited when the *judgment* is against the reviewer, though the damages are reduced by a second judgment.

This was a cause where the reviewer suffered a default.